UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**CAROLE L. ROWE-ZAESKE**

    **Plaintiff,**

    **vs.**                            **Case No: 04-C-0619**

**AURORA HEALTH CARE, INC.**

    **Defendant.**

## ORDER

Based upon the foregoing stipulation of the parties,

**IT IS ORDERED** that this case is **DISMISSED** with prejudice and without costs to either party.

Dated at Milwaukee, Wisconsin, this 16th day of November, 2005.

                              **BY THE COURT:**

                              **s/ Rudolph T. Randa**
                              **Hon. Rudolph T. Randa,**
                              **Chief Judge**